```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 40180
   JOSEPH HARRIS
   DARLENE HARRIS                          CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7024    SSN XXX-XX-5915

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 10/28/2004 and was confirmed 12/29/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.50% from remaining funds.

   The case was paid in full 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG         .00             .00             .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE     2029.12             .00         2029.12
SHERWIN WILLIAMS CREDIT   SECURED           4074.36          163.86         4074.36
INTERNAL REVENUE SERVICE  PRIORITY          4636.32             .00         4636.32
AMOCO                     UNSECURED        NOT FILED            .00             .00
WORLD FINANCIAL NETWORK   UNSECURED OTH      695.72             .00           79.90
WORLD FINANCIAL NETWORK   UNSECURED          697.99             .00           80.25
ECAST SETTLEMENT CORP     UNSECURED        12233.17             .00         1406.45
FIRST CHICAGO BANK ONE    UNSECURED        NOT FILED            .00             .00
CAPITAL FIRST BANK        UNSECURED        NOT FILED            .00             .00
CITGO OIL                 UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED         1037.10             .00          119.24
RESURGENT ACQUISITION LL  UNSECURED         1186.88             .00          136.46
DISCOVER FINANCIAL SERVI  UNSECURED        13955.90             .00         1604.51
ROUNDUP FUNDING LLC       UNSECURED        32657.29             .00         3754.61
ROUNDUP FUNDING LLC       UNSECURED         7845.50             .00          902.00
INGALLS HOSPITAL          UNSECURED        NOT FILED            .00             .00
INGALLS HOSPITAL          NOTICE ONLY      NOT FILED            .00             .00
INGALLS HOSPITAL          UNSECURED        NOT FILED            .00             .00
INGALLS HOSPITAL          NOTICE ONLY      NOT FILED            .00             .00
NICOR GAS                 UNSECURED          178.30             .00           20.50
NORTHBROOK FIRE DEPARTME  UNSECURED        NOT FILED            .00             .00
OLD NAVY                  UNSECURED        NOT FILED            .00             .00
NCM TRUST                 UNSECURED        10643.36             .00         1223.67
ISAC                      UNSECURED         6733.95             .00          774.20
ROUNDUP FUNDING LLC       UNSECURED         1090.07             .00          125.33
SHERWIN WILLIAMS CREDIT   SECURED           2200.00           88.50         2200.00
CITY OF CHICAGO PARKING   UNSECURED          160.00             .00           18.40
ECAST SETTLEMENT CORP     UNSECURED         7587.13             .00          872.29
INTERNAL REVENUE SERVICE  UNSECURED         8123.35             .00          933.94
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,494.00                        2,494.00
TOM VAUGHN                TRUSTEE                                           1,602.09

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40180 JOSEPH HARRIS & DARLENE HARRIS
```

```
DEBTOR REFUND              REFUND                                          36.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     29,376.00

PRIORITY                                             4,636.32
SECURED                                              8,303.48
    INTEREST                                           252.36
UNSECURED                                           12,051.75
ADMINISTRATIVE                                       2,494.00
TRUSTEE COMPENSATION                                 1,602.09
DEBTOR REFUND                                           36.00
                          ---------------      ---------------
TOTALS                      29,376.00               29,376.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/28/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 40180 JOSEPH HARRIS & DARLENE HARRIS